# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2017 JUL 12 P 12:01

STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Jason M. Parker

v.

(Full name of defendant(s))

C.O. Samantha Tietz

Case Number:

**17-C-0955**

(to be supplied by Clerk of Court)

A. **PARTIES**

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   __Kenosha County Jail Pre Trial Facility 1000 55th Street Kenosha, WI 53140__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __C.O. Samantha Tietz__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Kenosha County Sheriff's Department 1000 55th Street Kenosha, Wisconsin 53140</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Plaintiff Jason Parker Is An Inmate At Kenosha County Jail Pre Trial Facility In Kenosha, WI. On May 28, 2017 On X Block The Plaintiff Was Located In Cell X14. Plaintiff Parker Had Begin To Become Frustrated Because He Was Writing Request Slips And Grievances And Have Not Been Getting Any Responses What So Ever For Weeks Now. The Plaintiff Wrote Two Grievances, One - Referring To "Grievances Not Getting Responded To" And The Other - Referring To "Failure To Speak With Supervision Multiple Attempts". The Plaintiff Wrote A Question Stating "My Question To Supervision Is? Are Inmates Allowed To Speak With Supervision, Upon Request?" At Approx 5:01 PM Defendant Samantha Was The Dorm Officer. The Plaintiff Gave The Defendant The Grievances, Once Parker Asked Her To Sign The Back Of Them She Sat Them On His Door And Deliberately Refused To Sign,

Complaint – 2

saying that she would sign them when she get to her desk. The Plaintiff Parker layed back down, some time after, Defendant Samantha came and sratched the papers out of the door. The Plaintiff hurried to the door asking her to sign the back of the grievance, so that the camera could see because the Plaintiff already made copies. Just a little insurance for the Plaintiff, just making sure the grievances are making it to their destination. The Defendant hurried off without signing them. Some time after, The Defendant Samantha came to Plaintiff's Parker door saying "No!" "You can't speak to the supervisor, not now now ever", "Nobody gives a fuck about your request or your grievances, I'm just telling you now." "Do you understand me?" Plaintiff Parker said "Did you turn in my grievances?" The Defendant said "Like I told you! Don't nobody give a fuck! About your grievances." The Plaintiff said "You are not supervision, so what you say doesn't really matter regarding my grievances, as long as you turned them in." The Plaintiff held up his copies and told the Defendant "I got my copies". The Defendant became angry and said "Are you threatening me?" The Plaintiff asked "Where did that come from? Don't have the name of the inmate in X9 but he heard the Defendant. Plaintiff never received response from grievances Plaintiff seeks damages from Defendant Samantha for Deliberate Indifferences, Negligence, Violation 1st Amendment

Complaint – 3

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

What I Would Like The Court To Do For Me If I Win My Lawsuit Is To Award Me Money Damages In The Amount Of $1,250,000.00 One Million Two Hundred Fifty Thousand Dollars. Negligence, Misconduct, Deliberate Indifferences, Violation Of KCJ Policy, A Violation Of Plaintiff's Constitutionally Protected Right.

Complaint – 4

E.   JURY DEMAND

   I want a jury to hear my case.

   [V] – YES        [ ] – NO



I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___08TH___ day of ___July___ 20_17_.

   Respectfully Submitted,

   _Jason Parker_
   Signature of Plaintiff

   ___196___
   Plaintiff's Prisoner ID Number

   (Currently) Kenosha County Jail PreTrial Facility 1000 55TH Street 53140 Kenosha, WI

   (Home) 6411 39TH Ave Kenosha, Wisconsin 53142
   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

[V]   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

[ ]   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.